IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH MALIK MILLER**<br><br>v.<br><br>**MICHAEL M. WENEROWICZ** | **CIVIL ACTION**<br><br>**NO. 12-CV-1720** |

**ORDER RE DEFENDANT'S MOTION TO DISMISS FOR**
**FAILURE TO STATE A CLAIM**

**AND NOW**, this _5th__ day of February 2014, upon consideration of Defendant's Motion to Dismiss (ECF 28), Plaintiffs' Response in Opposition to the Motion (ECF 32), and after a hearing on the motion (ECF No. 34), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED in part and GRANTED in part**. Defendant's Motion to Dismiss Count I of the Complaint is **DENIED**. Defendant's Motion to Dismiss Counts II and III of the Complaint is **GRANTED**.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-1720 miller v. wenrowicz\12cv1720.Order.MTD.docx